April 7, 2013

Honorable Haynes Jr.,

My name is Tyson Green, an inmate at Maury County Jail. I wrote you the six page letter about a month ago. Since then I have filed a civil law suit against this facility. I have made notes & petitions signed by inmates to help confirm and/or back up my allegations against this facility. But now I have a new matter.

On April 5, 2013 I was given a lunch tray with a roach in it. I didn't notice it until I was half way done with the tray. I removed the roach, placed it in a piece of paper and put it inside an envelope. So which leads me to a couple of questions for you. ① The petitions that I have, should I send them to the clerk to have them put into my file folder? ② What shall I do with the roach, keep it or send it to the court? I also filed a grievance & made a copy of it for my records. Please respond when you can sir. Thank you!

Respectfully,
Tyson Green

*(margin annotations):*
wed 4/10/13

1:13 cv 19
ORDER
A status conference is set in this action for May 10, 2013 at 3:00 p.m. Columbia TN. The Defendants shall produce the Plaintiff.

[signature]
WJH SR
4-10-13

Tyson Green
1300 Lawson White Dr.
Columbia, TN 38401

MAURY COUNTY JAIL
Mail has not been censored.
Not responsible for contents

Honorable Haynes Jr.
U.S. District Court
800 U.S. Courthouse
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
APR 10 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. POSTAGE
38401
FOREVER
03*13
08304091
0625 APC
FE0030800305547
Celebrate!