IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TYSON E. GREEN,

v.

Case No. 1:13-0019
Chief Judge Haynes

ENOCH GEORGE, et al.,

Defendants.

## ORDER

Based upon the hearing in this action, the Defendants shall file a report documenting the last two times the kitchen area in the Maury County jail was sprayed for pests. This report is to be filed within **thirty (30) days** of the entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 15th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court